IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SIMAAN, INC. and ) | |
| SIMAAN MARKET STREET, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:03CV00127 |
| ) | |
| BP PRODUCTS NORTH AMERICA, INC. and ) | |
| BP OIL AND EXPLORATION, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER DENYING MOTION TO DISMISS [DOC 100]

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that the motions of the Defendants "to Dismiss or, in the Alternative, for Judgment on the Pleadings and Motion to Strike or, in the Alternative, to Make More Definite and Certain" [Doc. #100] be DENIED.

This the day of May 2, 2005

                                                                                 /s/ N. Carlton Tilley, Jr.
                                                                                 United States District Judge