IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SIMAAN, INC. and <br> SIMAAN MARKET STREET, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BP PRODUCTS NORTH AMERICA, INC. and <br> BP OIL AND EXPLORATION, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     1:03CV00127 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

TILLEY, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, Defendants' Second Motion for Summary Judgment [Doc. #111] is DENIED.

This the day of May 6, 2005

                                                    /s/ N. Carlton Tilley, Jr.
                                                    United States District Judge